**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Inked Playmats Corp. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | Inked Gaming |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-0793715 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 433 Plaza Real | |
| Number    Street | Number    Street |
| Suite 275 | |
| | P.O. Box |
| Boca Raton       FL    33432 | |
| City              State   ZIP Code | City           State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Palm Beach County | |
| County | Number    Street |
| | |
| | City           State   ZIP Code |

5. **Debtor's website** (URL)   www.inkedgaming.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201                     Voluntary Petition for Non-Individuals Filing for Bankruptcy                     page 1

Debtor __Inked Playmats Corp._____    Case number (*if known*)_____
          Name

7. **Describe debtor's business**

    A. *Check one:*
    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

    B. *Check all that apply:*
    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
    __4591__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*
    ☐ Chapter 7
    ☐ Chapter 9
    ☑ Chapter 11. *Check all that apply*:
        ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
        ☐ A plan is being filed with this petition.
        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    ☐ Chapter 12

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☑ No
    ☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY
          District _____  When _____  Case number _____
                                              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
          District _____  When _____
                                                MM / DD / YYYY
          Case number, if known _____

Debtor  Inked Playmats Corp._____     Case number (*if known*)_____
       Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☐ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☑ 50-99     ☐ 5,001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000     ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **3**

Debtor     Inked Playmats Corp._____     Case number (*if known*)_____
           Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/14/2025
              MM / DD / YYYY

✖ /s/ Thomas Pool_____     Thomas Pool_____
Signature of authorized representative of debtor     Printed name

Title  President_____

**18. Signature of attorney**

✖ /s/ Philip J. Landau_____     Date  04/14/2025
Signature of attorney for debtor                           MM / DD / YYYY

Philip J. Landau_____
Printed name
Landau Law, PLLC_____
Firm name
3010 N. Military Trail Suite 318_____
Number     Street
Boca Raton_____     FL     33431_____
City                                   State   ZIP Code

561-443-0808_____     plandau@landau.law_____
Contact phone                      Email address

504017_____     FL_____
Bar number                          State

---

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 4

# CERTIFICATE OF CORPORATE RESOLUTION

We, the board of managers (the "Board") of **Inked Playmats Corp.** (the "Corporation"), a corporation incorporated under the laws of the State of Florida, do hereby certify that a special meeting of the Board, held in accordance with state law and the bylaws of the Corporation, duly called on the **14th day of April 2025**, the following resolutions, none of which have been rescinded or amended, were adopted and all of which are in full force and effect.

1. RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, shareholders and other interested parties, that the Corporation file for voluntary relief under Chapter 11 of the Bankruptcy Code (the "Bankruptcy") in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is hereby authorized, and the Corporation shall initiate the Bankruptcy; and it is further

2. RESOLVED, that **Thomas Pool** (the "Authorized Officer"), be and is hereby designated as the responsible person to act on behalf of the Corporation, and the Authorized Officer shall be authorized and directed to execute and file a petition in the name of the Corporation under chapter 11 of the Bankruptcy Code, and cause the Bankruptcy to be filed in the United States Bankruptcy Court for the Southern District of Florida (the "Court"), and file schedules, lists, affidavits and other papers in the name of the Corporation, and take any and all action he deems necessary or proper in connection with the Bankruptcy; and it is further

3. RESOLVED, that the Corporation is authorized to employ the law office of **Landau Law, PLLC** ("Landau") as its counsel in connection with the Bankruptcy under such terms and conditions as the Authorized Officer, in his sole discretion, deems appropriate until further direction of the Board; *provided, however*, that the Corporation is authorized to pay Landau a fee retainer for payment of attorneys' fees and reimbursement of expenses in connection with services to be rendered in the Bankruptcy; and it is further

4. RESOLVED, that the Corporation, subject to authorization of the Court, is authorized to employ such other professional persons in the Bankruptcy, under such terms and conditions as the Authorized Officer, in his sole discretion, deems appropriate until further direction of the Board, and with payment being subject to award by the Court.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal this **14th day of April 2025.**

By: *Thomas Pool*
Thomas Pool, President

1

**Fill in this information to identify the case:**

Debtor name: Inked Playmats Corp.

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MPD Holdings, Inc.  16200 Commerce Way  Cerritos, CA, 90703 | | Suppliers or Vendors | | | | 123,818.43 |
| 2 | Shopify Capital Inc.  100 Shockoe Slip  2nd Floor  Richmond, VA, 23219 | | Monies Loaned / Advanced | | | | 90,338.50 |
| 3 | Fedex  AG Adjustments Ltd., 740 Walt Whitman Road  Melville, NY, 11747 | | Suppliers or Vendors | | | | 83,036.14 |
| 4 | Chase  Cardmember Service  P.O. Box 6294  Carol Stream, IL, 60197-6294 | | Credit Card Debt | | | | 38,197.21 |
| 5 | Jeeves - Altus Receivables Management  P.O. Box 186  Metairie, LA, 70004 | | Credit Card Debt | | | | 37,906.55 |
| 6 | Biehl and Biehl Inc  PO Box 87410  carol stream, IL, 60188 | | Collection Agency | Disputed Unliquidated Contingent | | | 33,120.01 |
| 7 | Occams Advisory  1962 Main St.  Suite 420  Sarasota, FL, 34236 | | | | | | 25,000.00 |
| 8 | Marietta F. Taylor & Roy Junior Taylor Disclaimer Trust  4750 SW Hollyhock Cir. Corvallis  Corvallis, OR, 97333 | | Lease Modification | | | | 20,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Inked Playmats Corp.                                                Case number (*if known*)_____
        ———————————————————————
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Loanbuilder Paypal - Bill Me Later, Inc. 2211 North First Street San Jose, CA, 85131 | | Monies Loaned / Advanced | | | | 18,639.26 |
| 10 | Wells Fargo Payment Remittance Center YTG P.O. Box 77003 810 Minneapolis, MN, 55480-7733 | | Credit Card Debt | | | | 12,192.27 |
| 11 | Chase United Business card Cardmember Service P.O. Box 6294 Carol Stream, IL, 60197-6294 | | Credit Card Debt | | | | 11,249.13 |
| 12 | Shopify Inc. 151 O'Connor St. Ground Floor Ottawa, ON K2P 2L8 Canada, AK, | | Suppliers or Vendors | | | | 7,318.41 |
| 13 | WCP Solutions 16705 NE Mason St. Portland, OR, 97230 | | Suppliers or Vendors | | | | 6,486.00 |
| 14 | Tate & Co Licensing 16 Christopher Dr. Howell, NJ, 07731 | | Suppliers or Vendors | | | | 4,347.30 |
| 15 | CliftonLarsonAllen LLP PO Box 31001-2443 Pasadena, CA, 91110 | | Services | | | | 3,783.00 |
| 16 | Alloy Software 35111 Newark Blvd. Suite F PMB 5079 Newark, CA, 94560 | | Suppliers or Vendors | | | | 3,600.00 |
| 17 | Illinois Department of Revenue PO Box 19035 Springfield, IL, 62794 | | Taxes & Other Government Units | | | | 3,555.47 |
| 18 | State of Washington Department of Revenue PO Box 47464 Olympia, WA, 98504 | | Taxes & Other Government Units | | | | 2,140.52 |
| 19 | Fedex Freight Dept la P.O. Box 21415 Pasadena, CA, 91185 | | Suppliers or Vendors | | | | 1,993.20 |
| 20 | Jeff Sneddon 1719 SW Easy St Corvallis, OR, 97333 | | Contributions to employee benefits | | | | 1,606.80 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**Alistina Vasquez**
**3878 Liberty Rd S, #30**
**Salem, OR 97302**


**Alloy Software**
**35111 Newark Blvd.**
**Suite F PMB 5079**
**Newark, CA 94560**


**American Coradius International LLC**
**2420 Sweet Home Rd Ste 150**
**Amherst, NC 14228**


**Arizona Department of Revenue**
**1600 W. Monroe St.**
**Phoenix, AZ 85007**


**Ascentium Capital**
**PO Box 71297**
**Charlotte, NC 28272**


**Avalara, Inc.**
**Dept. CH 16781**
**Palatine, IL 60055**


**Biehl and Biehl Inc**
**PO Box 87410**
**carol stream, IL 60188**


**Bright Plastics LLC**
**440 N Barranca Avenue**
**Covina, CA 91723**


**California Department of Tax and Fee Administ**
**PO Box 942879**
**Sacramento, CA 94279**


**CFG Merchant Solutions**
**180 Maiden Lane**
**Floor 15**
**New York, NY 10038**


**Chase**
**Cardmember Service**
**P.O. Box 6294**
**Carol Stream, IL 60197-6294**


**Chase United Business card**
**Cardmember Service**
**P.O. Box 6294**
**Carol Stream, IL 60197-6294**

**CliftonLarsonAllen LLP**
**PO Box 31001-2443**
**Pasadena, CA 91110**


**Comcast Business**
**PO Box 60533**
**City of Industry, CA 91716**


**Comcast Business**
**9602 S 300 W Ste B**
**Sandy, UT 84070**


**Comptroller of Maryland**
**Revenue administration Division**
**po box 8888**
**annapolis, MD 21404**


**Credibly - Retail Capital LLC**
**1501 W. Fountainhead Pkwy.**
**Suite 630**
**Tempe, AZ 85282**


**Deann David**
**2970 se 41st ave**
**Albany, OR 97322**


**Department of Treasury**
**Internal Revenue Service**
**Ogden, UT 84201**


**Digitally Driven, LLC**
**739 N. Ralstin St.**
**Meridian, ID 83642**


**Fedex**
**AG Adjustments Ltd., 740 Walt Whitman Ro**
**Melville, NY 11747**


**Fedex Freight**
**Dept la P.O. Box 21415**
**Pasadena, CA 91185**


**Florida Department of Revenue**
**5050 W. Tennessee St., Bldg. L**
**Tallahassee, FL 32399**


**Georgia Department of Revenue**
**Po Box 105499**
**Atlanta, GA 30348**

Hannah Dowell
1343 SW E Ave
Apt 205
Corvallis, OR 97333


Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794


Indiana Department of Revenue
PO Box 1028
Indianapolis, IN 46206


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045, Stop 572
Jacksonville, FL 32202


Jeeves – Altus Receivables Management
P.O. Box 186
Metairie, LA 70004


Jeff Sneddon
1719 SW Easy St
Corvallis, OR 97333


John T. Szalan, Esq.
195 Church St.
13th Floor
New Haven, CT 06510


Liu Lily
962 NW Anjni Cir
Corvallis, OR 97330


Loanbuilder Paypal – Bill Me Later, Inc.
2211 North First Street
San Jose, CA 85131


Marc Sorte
1250 NW 23rd St
Apt. 15
Corvallis, OR 97330


Marietta F. Taylor & Roy Junior Taylor Discla
4750 SW Hollyhock Cir. Corvallis
Corvallis, OR 97333

```
MARLIN LEASING CORP
PO Box 13604
Philadelphia, PA 19101


Meta Facebook
1 Meta Way
Menlo Park, CA 94025


MPD Holdings, Inc.
16200 Commerce Way
Cerritos, CA 90703


Northeast Bank
PO Box 1707
Lewiston, ME 04241


NW Natural Gas
250 SW Taylor Street
Portland, OR 97228


Occams Advisory
1962 Main St.
Suite 420
Sarasota, FL 34236


Ohio Department of Taxation
PO Box 2678
Columbus, OH 43216


Parkside Funding LLC, c/o Jack Madeb, Esq., M
2433 Knapp Street
Suite 203A
Brooklyn, NY 11235


Paul W. Carey, Esq.
Mirick, O'Connell, DeMallie & Lougee, LL
100 Front St.
Worcester, MA 01608


Rachel Obert
6298 SW Grand Oaks Dr
Apt. H301
Corvallis, OR 97333


Rowan Adams
3270 NE Dorchester Way
Corvallis, OR 97330


Securities and Exchange Commission
801 Brickell Avenue
Suite 1800
Miami, FL 33131
```

Shopify Capital Inc.
100 Shockoe Slip
2nd Floor
Richmond, VA 23219


Shopify Inc.
151 O'Connor St.
Ground Floor
Ottawa, ON K2P 2L8 Canada, AK


Small Business Administration
PO Box 3918
Portland, OR 97208


State of Arkansas Department of Finance
PO Box 8090
Little Rock, AR 72203


State of Nevada Department of Taxation
3850 Arrowhead drive
2nd floor
carson city, NV 89706


State of Rhode Island Division of Taxation
One Capital Hill
Providence, RI 02908


State of Washington Department of Revenue
PO Box 47464
Olympia, WA 98504


Tamara Chenea
1609 Talbot Rd. S.E.
Jefferson, OR 97352


Tate & Co Licensing
16 Christopher Dr.
Howell, NJ 07731


Taylor Pool
3261 SE Shoreline Dr.
Corvallis, OR 97333


Texas State Comptroller
111 E 17th Street
Austin, TX 78774


The Hartford Insurance
PO BOX 660916
Dallas, TX 75266

Thomas Pool
3261 SE Shoreline Dr.
Corvallis, OR 97333


Tucker Jinkins
4445 NW Westview Pl
Apt. 2
Corvallis, OR 97330


Tyler Wyvell
505 27th Ave SE
Apt. 22
Albany, OR 97322


U.S. Attorney Southern District of Florida
500 East Broward Boulevard
Fort Lauderdale, FL 33394


United States Attorney General's Office
U.S. Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530


Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134


WCP Solutions
16705 NE Mason St.
Portland, OR 97230


Wells Fargo
Payment Remittance Center YTG P.O. Box 810
Minneapolis, MN 55480-7733


William Adkins
1855 Geary Pl SE
Albany, OR 97322


Zahav Asset Managment LLC, c/o NPM Law
195 Church Street
13th Floor
New Haven, CT 06510

United States Bankruptcy Court
Southern District of Florida

In re: Inked Playmats Corp.

Case No.

Chapter  11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/14/2025

/s/ Thomas Pool
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

# United States Bankruptcy Court

_____Southern District of Florida_____

**In re**  Inked Playmats Corp.

Case No. _____

**Debtor**

Chapter  11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   ☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 50,000.00

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 650.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☐ Debtor       ☑ Other (specify)  Donald Pool

3. The source of compensation to be paid to me is:

   ☑ Debtor       ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/14/2025                                         /s/ Philip J. Landau, 504017

*Date*                                                *Signature of Attorney*

Landau Law, PLLC

*Name of law firm*
3010 N. Military Trail
Suite 318
Boca Raton, FL 33431